

# Fourth Court of Appeals
## San Antonio, Texas

July 26, 2017

No. 04-17-00144-CV

**IN THE INTEREST OF L.R.,III AND A.R. CHILDREN,**

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 15759A
Honorable Cathy Morris, Judge Presiding

# O R D E R

The appellant's request for motion to subpoena is hereby DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk